IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00400-WDM-MEH

ANDRE D. THOMAS,

    Plaintiff,
v.

JOE ORTIZ, Executive Director of Colorado Department of Corrections,
MR. KIETH [sic], Warden Corrections Corporation America,
JOY CUNNINGHAM, CCA Case Manager,
ANTHONY A. DECESARO, Grievance Officer CCA, and
JOHN DOE, Chief Physician DOC,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAR 2 2 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: <u>March 21, 2007</u>

BY THE COURT:

s/ Walker D. Miller

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00400-WDM-MEH

Andre D. Thomas
Prisoner No. 55652
Arrowhead Corr. Center
PO Box 300
Cañon City, CO 81215- 0300

US Marshal Service
Service Clerk
Service forms for: Joe Ortiz and Anthony DeCesaro

Melissa Chavez
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**Service forms for: Warden Keith and Joy Cunningham**

Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY
COURTEY COPY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY
COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Melissa Chavez for service of process on Warden Keith, and Joy Cunningham, and to the US Marshal Service for service of process on Joe Ortiz, and Anthony Decesaro: COMPLAINT FILED 2/27/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/22/07   .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk