IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00400-WDM-MEH

ANDRE D. THOMAS,

Plaintiff(s),

v.

JOE ORTIZ, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2007.**

Plaintiff's request for information regarding service of process [Filed March 27, 2007; Docket #11] is deemed **moot.** District Judge Walker D. Miller entered his Order Granting Service by United States Marshal on March 22, 2007 (Docket #9). Accordingly, based on the Plaintiff's *in forma pauperis* status, service of process in this matter is being completed through the Office of the Clerk and the United States Marshal.