IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00400-WDM-MEH

ANDRE D. THOMAS,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING MOTION TO AMEND AND
## SERVICE BY UNITED STATES MARSHAL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion to Join Party [Filed May 1, 2007; Docket #23]. Plaintiff seeks to join the CCA – Correction Corporation of America ("CCA") as a party. The Court notes that Plaintiff asserted a claim against CCA in his Complaint (Dock. #3, p. 10), that no party responded to this motion, and that an answer was not filed in this matter until after Plaintiff filed this Motion. Accordingly, the Motion is **granted**, and the CCA – Correction Corporation of America is to be joined as a Defendant in this case.

It is FURTHER ORDERED that the Clerk shall attempt to obtain a waiver of service from CCA. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon CCA. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 6th day of June, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00400-WDM-MEH

Andre D. Thomas
Prisoner No. 55652
Arrowhead Corr. Center
PO Box 300
Cañon City, CO 81215- 0300

US Marshal Service
Service Clerk
Service forms for: Correction Corporation of America CCA

Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
**DELIVERED ELECTRONICALLY**

Anthony A. DeCesaro, Esq.
Grievance Office,
Colorado Department of Corrections
**DELIVERED ELECTRONCIALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the US Marshal Service for service of process on Correction Corporation of America CCA: COMPLAINT FILED 2/27/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/7/07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk