IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00400-WDM-MEH

ANDRE D. THOMAS,

      Plaintiff,

v.

JOE ORTIZ, et al.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2007.**

      Defendants' Motion to Vacate Scheduling/Status Conference Scheduled on June 26, 2007 [Filed June 18, 2007; Docket #37] is **granted**. The Scheduling Conference set for June 26, 2007, is **vacated** and **rescheduled** to **July 9, 2007, at 9:45 a.m.** in the Byron G. Rogers U.S. Courthouse, Courtroom 203, 1929 Stout Street, Denver, Colorado. The Plaintiff shall participate in this conference by telephone. Counsel may attend in person or by telephone, at counsel's discretion, but shall please notify Chambers at (303) 844-4507 if appearance by telephone is desired. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.

      The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

      Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

      **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Andre D. Thomas #55652
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215